

FILED
March 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002490984

BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
Post Office Box 3930
Pinedale, CA 93650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

ROBERT JOSEPH CARLOS and
MARGARET LOUISE CARLOS,

Debtors.

Case No. 09-61126-A-7

Chapter 7

DC No. BMS-1

**MOTION TO SELL THE ESTATE'S INTEREST IN REAL PROPERTY**

Date: April 23, 2010
Time: 9:00 a.m.
Dept: A, Hon. Whitney Rimel

Beth Maxwell Stratton, Chapter 7 Trustee ("Trustee") in the above-referenced case, respectfully moves the court for an order approving the sale of the estate's one-half interest in real property and represents as follows:

1. Debtors, Robert Joseph Carlos and Margaret Louise Carlos ("Debtors"), filed their Chapter 7 bankruptcy petition on November 13, 2009. Trustee is the duly appointed, qualified and acting trustee in the above-referenced case.

2. This court has jurisdiction over this motion by virtue of 28 U.S.C. §1334 and 11 U.S.C. §363. This is a core matter under 28 U.S.C. §157(b)(2)(A) & (N).

3. The assets of the estate include a one-half interest in the real property located at 8708 N. Whitner, Parlier, California (APN: 355-125-13S). The co-owner is Debtor's sister, Mary Carlos.

4. The Debtor's sister lives in the real property. Trustee investigated the value of the real property by way of Trustee's real estate broker evaluating the property and comparables. The real property is located in a farm laboring community

where properties are not well maintained. Values in Parlier have dropped and Trustee would have a difficult time selling the property on the open market as the property would not qualify for a loan.

5. Trustee has agreed to sell the estate's one-half interest in the real property to Debtor's sister, Mary Carlos, for $33,728.00, which is one-half the estimated value of the property.

6. Trustee believes, that given the challenges involved in selling the property at full value in this market, selling the estate's interest for $33,728.00 is beneficial to all creditors.

WHEREFORE, Trustee prays that the sale of the estate's one-half interest in the real property to Mary Carlos be approved.

Dated: March 17, 2010

_____
Beth Maxwell Stratton, Chapter 7 Trustee